1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 CHRIS LANGER,

Plaintiff,

Case No. 4:21-cv-03329-KAW

8

v.

**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**

9

10 MAXSOLD INC.,

Re: Dkt. No. 14

Defendant.

11

12

13      On July 14, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a

14 dismissal within 60 days of this order, absent any extension ordered by the Court.

15      IT IS SO ORDERED.

16 Dated: July 19, 2021

17

_____

18 KANDIS A. WESTMORE
United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California